**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLOS PEREZ,

        Plaintiff,

v.                                               Case No:   6:24-cv-1519-CEM-LHP

BEYEL BROTHERS CRANE AND
RIGGING OF SOUTH FLORIDA,

        Defendant

---

**ORDER**

This cause comes before the Court following a Case Management Conference. Doc. Nos. 16, 19.   As discussed with the parties at the Conference, it is **ORDERED** that within **seven (7) days** of the date of this Order, the parties shall file a joint notice with the Court as to whether this case has been filed in the appropriate division of the Middle District.   *See* Local Rule 1.04(b).

It is **further ORDERED** that within **seven (7) days** of the date of this Order, the parties shall file the Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed), assuming all parties consent.   *See* Doc. No. 4 ¶ 4.   Absent the filing of a fully

executed Stipulated Consent on or before that date, the Court will enter the standard FLSA Scheduling Order.   *See* Doc. No. 8.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties