# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CARLOS PEREZ,

       Plaintiff,

v.                                                   Case No:   6:24-cv-1519-LHP

BEYEL BROTHERS CRANE AND
RIGGING OF SOUTH FLORIDA,

       Defendant

---

## ORDER[1]

This matter comes before the Court on a Joint Notice of Settlement, indicating that the parties have settled the case.  Doc. No. 32.  Based thereon, and given that this case arises under the Fair Labor Standards Act ("FLSA"), it is **ORDERED** that, on or before **January 28, 2025**, the parties shall file a motion for settlement approval under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The motion must be supported by a copy of a fully executed settlement agreement.  In the motion, the parties shall explain the amount of wages Plaintiff claimed to be owed, whether and to what extent Plaintiff compromised his claims, whether the

---

[1] The parties have consented to the jurisdiction of a United States Magistrate Judge. Doc. Nos. 23, 25–26.

amount of attorney's fees and costs was agreed upon separately and without regard to the amount Plaintiff agreed to accept, and, if not, evidence that the attorney's fees and costs to be paid under the settlement are reasonable.  In addition, if the parties have agreed to any additional terms such as a broad or general release, or confidentiality, nondisparagement, or no re-employment provisions, counsel must explain why such provisions do not impact the reasonableness and fairness of the settlement amount.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2025.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties